[No. 3,998.]

## THE PEOPLE *v.* GEORGE E. WHITE AND CERTAIN REAL ESTATE.

ASSESSMENT FOR SCHOOL TAX.—An assessment for a special school tax must be made by an Assessor elected by the qualified electors of the school district.

APPEAL from the District Court of the Seventh Judicial District, Mendocino County.

The defendants demurred to the complaint; the demurrer was overruled, and judgment was rendered for the plaintiff. The defendants appealed. The other facts are stated in the opinion.

*J. C. Burch,* for Appellant.

*Attorney-General Love,* for Respondents.

.By the COURT:

This is an action to recover a sum of money levied as a special school tax for Round Valley School District, in Mendocino county.   The complaint alleges that the property upon which the tax was charged was assessed by the County Assessor of that county.   An assessment for that purpose, to be valid, must be made by an Assessor elected by the qualified electors of that district.   *People* v. *Hastings*, 29 Cal. 449; *People* v. *Sargent*, 44 Cal. 430; *Williams* v. *Corcoran*, 46 Cal. 553; *Reily* v. *Lancaster*, 39 Cal. 354.)

Judgment reversed and cause remanded, with directions to sustain the demurrer to the complaint.   Remittitur forthwith.